Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

JOSEFA GODINEZ MERIDA, an individual and
ESTATE OF NOE ROJAS, by its personal
representative Josefa Godinez Merida,

**vs**

CITY OF SAN DIEGO, a municipal corporation,
JACK PEARSON, an individual, PAUL
GALANTE, an individual,  SAN DIEGO
POLICE DEPARTMENT, WILLIAM
LANSDOWNE, an individual, and DOES 1-20
inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No.

'09 CV 0227 BEN AJB

TO: (Name and Address of Defendant)

        Paul Galante
        1401 Broadway
        San Diego, CA 92101-5729

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

    An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 02.06.09 |
|---|---|
| CLERK | DATE |

By    **C. ECIJA**    , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | |
| NAME OF SERVER | DATE |
| | TITLE |

Check one box below to indicate appropriate method of service

    Served personally upon the defendant.  Place where served: _____

    Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

        Name of person with whom the summons and complaint were left: _____

    Return unexecuted:

    Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: *February 23, 2009*     *h___ C___*

       Date               Signature of Server

*105 W. F St., 4th Fl., San Diego, CA 92101*

                  Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure