Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JOSEFA GODINEZ MERIDA, an individual and ESTATE OF NOE ROJAS, by its personal representative Josefa Godinez Merida,

vs

CITY OF SAN DIEGO, a municipal corporation, JACK PEARSON, an individual, PAUL GALANTE, an individual, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, an individual, and DOES 1-20 inclusive,

SUMMONS IN A CIVIL ACTION

Case No.

'09 CV 0227 BEN AJB

TO: (Name and Address of Defendant)

William Lansdowne
1401 Broadway
San Diego, CA 92101-5729

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.            02.06.09
_____            _____
       CLERK                           DATE

By      C. ECIJA    , Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | |
| NAME OF SERVER | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: February 25, 2009

Date

Signature of Server

105 W. F St., 4th Fl., San Diego, CA 92101

Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ODMA\PCDOCS\WORDPERFECT\4443\1 May 5, 1999 (11:34am)