UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Anthony J. Battaglia)

| | |
|---|---|
| ESTATE OF NOE ROJAS, by its personal representative Josefa Godinez Merida,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SAN DIEGO, a municipal corporation, JACK PEARSON, an individual, PAUL GALANTE, an individual, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, an individual, and DOES 1-20 inclusive,<br><br>　　　　Defendants. | Case no.: 09cv0227 BEN (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER**<br><br>**(Doc. No. 36)** |

Good causing appearing, it is HEREBY ORDERED:

1. Defendant City of San Diego will produce, for plaintiff, an 83 page Internal Affairs memo pertaining to an incident on October 26, 2006 involving Officer Galante (hereinafter "IA Memo").

2. Defendants will produce, for plaintiff, all other documents as ordered by this Court and/or by agreement of the parties.

3. The IA Memo shall be viewed only by Attorneys, their agents, employees and retained experts actively involved in this case.

4. Plaintiff's attorneys, their agents, employees, retained experts and anyone acting in concert with them and participating with them are ordered not to engage in nor perform any of

the following:

    a. Convey, transfer, copy, publish or distribute the information ordered disclosed or developed nor authorize another to convey, transfer, copy, publish or distribute the information disclosed to anyone other than plaintiffs expert, investigator or client without court approval.

    b. Use the records or information disclosed, discovered or developed for any purpose other than in conjunction with the instant civil case proceedings pursuant to applicable law.

5. Plaintiff's attorney, upon request, shall return any and all materials disclosed pursuant to this stipulation and order to Keith Phillips, Chief Deputy City Attorney, 1200 Third Avenue, Suite 1100, San Diego, California, immediately upon final disposition of this case.

6. Upon the conclusion of the case, the Court shall retain jurisdiction to resolve any disputes arising out the release of any documents protected by this order.

7. The Court has the authority to modify, at any time, the terms of this protective order on public policy grounds.

8. No documents will be presented to the Court, under seal, without first obtaining Court approval.

SO ORDERED.

DATED: July 13, 2010

*[signature]*
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court